UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne S. Calhoon, | No. 2:20-cv-0246-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Motel 6 Operating L.P. et al., | |
| Defendants. | |

On June 21, 2021, this court related the present case to case 19-cv-02165, *Calhoon v. City of South Lake Tahoe Police Dept. et al*. under Local Rule 123.  E.D. Cal. L.R. 123(a)(3). Litigation has been ongoing in the related case, but plaintiffs have taken no action in the present case since April 19, 2021.  *See* Decl., ECF No. 7.  Thus, **plaintiffs are ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

IT IS SO ORDERED.

DATED:  March 13, 2023.

CHIEF UNITED STATES DISTRICT JUDGE