UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DAVID ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANGERWEN, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-00246 KJM DB P<br><br><br>ORDER |

Plaintiff is an inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's request for service by the United States Marshals. (ECF No. 29.) For the reasons set forth below, the undersigned will deny the motion without prejudice as it is premature.

Plaintiff argues that the court should order the United States Marshals to serve the defendants as he is not in the position to hire someone for service. (ECF No. 29.) Plaintiff further asserts the only address he has for the defendants is "their workplace, the Shasta County Jail." (ECF No. 29.) Such request is premature as the September 7, 2023 findings and recommendations (ECF No. 28) remain pending before the assigned District Court Judge. Accordingly, the undersigned will deny plaintiff's motion without prejudice.

////

////

////

1

For the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's request for service by the United States Marshals (ECF No. 29) is denied without prejudice.

Dated: February 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16
DB/DB Prisoner Inbox/Civil.Rights/R/ande0246.mtn while f+r pending

2