UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN DAVID ANDERSON,

Plaintiff,

v.

ROBERT M. VAN GERWEN, et al.,

Defendants.

No.  2:20-cv-00246 DC SCR P

ORDER

Plaintiff is incarcerated in Washington State and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  There are two procedural motions before the undersigned, one by defendants and one by plaintiff.

First, defendants filed an ex parte motion to exceed the page limits for their motion for summary judgment.  ECF No. 54.  Defendants seek an increase from 20 pages to 25 pages due to the "complexity of the issues and large number of Defendants present in the Motion."  Id.  For good cause shown, defendants' motion is granted.

Second, plaintiff seeks an extension of time to oppose defendants' motion for summary judgment.  ECF No. 56.  Plaintiff explains that issues with mail delivery have hindered his meaningful review of his deposition transcript and other motion exhibits.  Id.  For good cause shown, plaintiff's motion is granted. Plaintiff did not specify the length of extension sought, but the undersigned finds good cause to grant a 30-day extension of time.

1

Finally, pursuant to Local Rule 230(*l*), the hearing on defendants' motion for summary judgment scheduled for June 11, 2026, at 10:00 a.m. (ECF No. 55), is hereby vacated. The parties are advised that under Local Rule 230(*l*), motions filed in actions wherein one party is incarcerated and proceeding in propria persona shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Local Rule 230(*l*).

Accordingly, IT IS HEREBY ORDERED that:

1.    Defendants' ex parte application to exceed page limits (ECF No. 54) is GRANTED.

2.    Plaintiff's motion for an extension of time (ECF No. 56) is GRANTED. Plaintiff shall file an opposition to defendants' motion for summary judgment within 30 days of the date of this order. Defendants may file a reply within 14 days of service of plaintiff's opposition.

3.    The hearing on defendants' motion for summary judgment scheduled for June 11, 2026, at 10:00 a.m. (ECF No. 55), is VACATED pursuant to Local Rule 230(*l*).

DATED: April 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE