UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DAVID ANDERSON,<br>Plaintiff,<br>v.<br>ROBERT M. VAN GERWEN, et al.,<br>Defendants. | No. 2:20-cv-00246 DC SCR<br><br>ORDER |

Defendants have requested leave to file a late reply to Plaintiff's opposition to their motion for summary judgment. Good cause appearing, Defendants' motion (ECF No. 64) is GRANTED. Defendants shall have until August 21, 2026, to file a Reply.

DATED: August 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE